GRODSKY & OLECKI LLP
Allen B. Grodsky (SBN 111064)
allen@grodsky-olecki.com
John Metzidis-Drennan (SBN 259464)
john@grodsky-olecki.com
2001 Wilshire Boulevard, Suite 210
Santa Monica, California 90403
Telephone:  (310) 315-3009
Facsimile: (310) 315-1557

Attorneys for Plaintiffs
Sleeping Giant Films, LLC,
Matt Geller, and David Stern

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SLEEPING GIANT FILMS, LLC, a California Limited Liability Company; MATT GELLER, an individual, and DAVID STERN, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> SEE YOU SOON PROJECT, LLC, a Delaware Limited Liability Company; SEE YOU SOON PRODUCTIONS, LLC, a Connecticut Limited Liability Company, and EVGENIA TANAEVA, an individual, <br><br> Defendants. | Case No.  2:17-CV-06336 <br><br> **COMPLAINT FOR DECLARATORY RELIEF AND AN ACCOUNTING** <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiffs Sleeping Giant Films, LLC, a California limited liability company,
Matt Geller, an individual, and David Stern, an individual, as and for their Complaint
against See You Soon Project, LLC, a Delaware limited liability company, See You
Soon Productions, LLC, a Connecticut limited liability company, and Evgenia
Tanaeva, an individual, allege as follows:

**JURISDICTION AND VENUE**

1.    This action arises under copyright laws of the United States, specifically, 17 U.S.C. § 101 et seq.

2.    This Court therefore has subject matter jurisdiction over this claim as a federal question pursuant to 28 U.S.C. § 1331 and 28 U.S.C. §§ 1338(a) and (b), and supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

3.    Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) and § 1400(a).

**THE PARTIES**

4.    Plaintiff Sleeping Giant Films, LLC is a California limited liability company with its principal place of business in Los Angeles County, California.

5.    Plaintiff Matt Geller is an individual residing in Los Angeles County, California.

6.    Plaintiff David Stern is an individual residing in New York, New York.

7.    Plaintiffs are informed and believe, and thereon allege, that Defendant See You Soon Productions, LLC is a Connecticut limited liability company with its principal office in Greenwich, Connecticut.

8.    Plaintiffs are informed and believe, and thereon allege, that Defendant See You Soon Project, LLC is a Delaware limited liability company with its principal office in Newark, Delaware.  Plaintiffs are further informed and believe, and thereon allege, that See You Soon Project, LLC is the successor-in-interest to See You Soon Productions, LLC.

9.    Plaintiffs are informed and believe, and thereon allege, that Defendant Evgenia Tanaeva is a resident of Los Angeles County, California.  Plaintiffs are further informed and believe, and thereon allege, that Tanaeva is an owner of the See You Soon entities.

10.    Plaintiffs are informed and believe, and thereon allege, that in doing the

1    acts alleged herein, each Defendant was the agent or employee of the other

2    Defendants, acting within the scope of such agency or employment, directing,

3    ratifying or condoning the acts or omissions of these Defendants herein, and with the

4    knowledge of any defendant attributable to all Defendants.  Defendants conspired with

5    each other in doing all that is alleged herein, making the actions of any Defendant,

6    attributable to all Defendants.

7

8                            **FIRST CLAIM FOR RELIEF**

9                               (For Declaratory Relief)

10                        [By Plaintiffs Against All Defendants]

11         11.    Plaintiffs reallege and incorporate by reference the allegations in

12    Paragraphs 1 through 10 of the Complaint herein.

13         12.    Plaintiffs were engaged by Defendants to provide producer services on

14    the motion picture "See You Soon" (the "Work").  Plaintiffs provided all services

15    usually and customarily provided by producers in the motion picture industry in Los

16    Angeles, California.  Plaintiffs had mutual creative approval with Defendants on

17    material creative decisions regarding the Work.

18         13.    Plaintiffs, throughout the course of development, pre-production, and

19    production of the Work, provided substantial creative input, including but not limited

20    to, general story notes, character notes, targeted dialogue, and stage direction notes.

21    These notes were given to both the screenwriter and director, have been incorporated

22    into the produced Work, and constitute a copyrightable contribution to the Work.

23         14.    Plaintiffs and Defendants were in the process of negotiating a written

24    agreement for Plaintiffs' producing services.  As part of that agreement, Plaintiffs

25    were to assign to Defendant See You Soon Project, LLC their interest in the copyright

26    in and to the Work.  That agreement was never executed and, as of July 14, 2017,

27    Defendants have taken the position that any agreement was "rejected" or "withdrawn."

28         15.    By a letter to Plaintiffs' attorneys, dated July 31, 2017, counsel for

                                        -3-

Defendants for the first time repudiated Plaintiffs' co-ownership by contending that Plaintiffs made no copyrightable contributions to the Work.  Plaintiffs deny and contest Defendants' position and contend that Plaintiffs are co-owners of the copyright in and to the Work.

16.     There is an actual and substantial controversy between Plaintiffs and Defendants arising under Federal Copyright Law, 17 U.S.C. §§ 101, *et seq.*

## SECOND CLAIM FOR RELIEF

(For An Accounting)

[By Plaintiffs Against All Defendants]

17.     Plaintiffs reallege and incorporate by reference the allegations of Paragraph 1 through 10, and 12 through 15 of the Complaint herein.

18.     Plaintiffs are informed and believe, and thereon allege, that intend not to share with Plaintiffs revenues earned from the Work or the exploitation thereof.

19.     By this Complaint, Plaintiffs, as co-owners, demand their fair share of revenues derived from the Work.

20.     For the reasons stated here, Plaintiffs' demand for an accounting is justified.

## PRAYER FOR RELIEF

WHEREFORE Plaintiffs pray for relief as follows:

1.     The Court enter a judgment declaring that Plaintiffs are co-owners of the copyright in and to the Work entitled to their fair share of revenues earned from the Work or exploitation thereof;

2.     For an accounting of all revenues earned from the Work or the exploitation thereof;

3.     For reasonable attorney's fees incurred herein; and

1    4.     For such other and further relief as the Court deems just and proper.

2

3

4    Dated:  August 28, 2017                GRODSKY & OLECKI LLP
                                            Allen B. Grodsky
5                                           John Metzidis-Drennan

6

7                                           By: _____// Allen B. Grodsky //_____
                                                    Allen B. Grodsky
8
                                            Attorneys for Plaintiffs Sleeping Giant
9                                           Films, LLC, Matt Geller, and David Stern

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## DEMAND FOR JURY TRIAL

2

3        Plaintiffs hereby demand trial by jury of this matter.

4

Dated:  August 28, 2017                    GRODSKY & OLECKI LLP
5                                          Allen B. Grodsky
                                           John Metzidis-Drennan
6

7
                                   By:  ___// Allen B. Grodsky //___
8                                          Allen B. Grodsky

9                                  Attorneys for Plaintiffs Sleeping Giant
                                   Films, LLC, Matt Geller, and David Stern
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28